
**ORIGINAL**

**FILED**

10/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0219

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 23-0219

IN RE THE MARRIAGE OF:

MIKI ADAMS,

    Petitioner and Appellee,

and

DIRK ADAMS,

    Respondent and Appellant.

**FILED**

OCT - 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefrom;

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 8, 2023, within which to prepare, serve, and file her response brief.